PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-MJ-0051-AC |
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| v. | |
| SHAUN JONES, | Judge: Hon. Kendall J. Newman |
| Defendant. | |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on April 18, 2023.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until April 28, at 2:00 p.m.
3. The defendant made his initial appearance on April 4, 2023.
4. The defendant is presently in custody.
5. The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."

Stipulation to Continue P/H           1           United States v. Shaun Jones

Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including April 28, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

Dated: April 14, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: April 14, 2023

By: /s/ NOA OREN
NOA OREN
Attorney for Shaun Jones
(as authorized on April 14, 2023)

**ORDER**

IT IS SO FOUND AND ORDERED, this 17th day of April 2023.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE